UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30, inclusive,<br><br>        Defendant. | Case No.  1:11-CV-00902-LJO-JLT<br><br>**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE; ORDER**<br><br>(Doc. 14) |
| KENNETH LLOYD,<br><br>        Cross-Complainant,<br><br>vs.<br><br>THOMAS PETROLEUM, LLC,<br><br>        Cross-Defendant. | |

    Plaintiff and Cross-Defendant Thomas Petroleum, LLC and Defendant and Cross-Complainant Kenneth Lloyd and Defendant E.S. Oil, LLC ("the Parties") hereby stipulate and jointly move this Court for an Order to Reschedule the Settlement Conference, currently set for December 6, 2011.

    Good cause exists for granting this Joint Motion to Reschedule the Settlement Conference.

JOINT MOTION TO RECHEDULE SETTLEMENT CONFERENCE
CASE NO. 1:11-CV-00902-LJO-JLT

1  The Parties are currently engaged in private settlement discussions.

2  The Parties have stipulated to place the case on hold (including placing a stay on any
3  further discovery in the case) while settlement negotiations are pending.

4  Though the Settlement Conference is currently scheduled for December 6, 2011, the
5  Parties anticipate that they will need another four to six weeks to attempt to settle the case
6  privately.

7  Accordingly, counsel for the Parties jointly request that the Court reschedule the
8  Settlement Conference to January 9, 2012 at 10:30 a.m.  Rescheduling the conference will not
9  affect any other deadlines in this case.

10  Based upon the foregoing, the Parties hereby stipulate and move the Court for entry of an
11  Order consistent herewith.

**IT IS SO STIPULATED:**

CURIALE HIRSCHFELD KRAEMER LLP

Dated: November 29, 2011         By:   /s/ Mani Sheik, Esquire
                                       Mani Sheik

Attorneys for Thomas Petroleum, LLC,
Plaintiff and Cross-Defendant


CHARLTON WEEKS LLP

Dated: November 29, 2011         By:   /s/ Erik Gunderson, Esquire
                                       Erik Gunderson

Attorneys for Kenneth Lloyd,
Defendant and Cross-Complainant, and E.S. Oil,
LLC, Defendant

2
JOINT MOTION TO RECHEDULE SETTLEMENT CONFERENCE
CASE NO. 1:11-CV-00902-LJO-JLT

**ORDER**

Good cause having been shown, this Court deems as follows:

1. The Settlement Conference in the above matter has been rescheduled to January 9, 2012 at 10:30 a.m.;

2. No later than January 3, 2012, the parties SHALL lodge their confidential settlement conference statements as set forth in the scheduling order (Doc. 11 at 5-6).  If, by January 3, 2012, either party believes that the case is not in a settlement posture, the party SHALL notify the opposing party and counsel SHALL report this to the Court.   In this event, the Court will vacate the conference.

IT IS SO ORDERED.

Dated:   **November 29, 2011**            /s/ Jennifer L. Thurston
                                                                    UNITED STATES MAGISTRATE JUDGE