UNITED STATES DISTRICT COURT

EASTERN DISTRICT

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>        Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30, inclusive,<br><br>        Defendant. | Case No.  1:11-CV-00902-LJO-JLT<br><br>**JOINT MOTION TO RESCHEDULE SETTLEMENT CONFERENCE; ORDER**<br><br>(Doc. 16) |
| KENNETH LLOYD,<br><br>        Cross-Complainant,<br><br>vs.<br><br>THOMAS PETROLEUM, LLC,<br><br>        Cross-Defendant. | |

    Plaintiff and Cross-Defendant Thomas Petroleum, LLC and Defendant and Cross-Complainant Kenneth Lloyd and Defendant E.S. Oil, LLC ("the Parties") hereby stipulate and jointly move this Court for an Order to Reschedule the Settlement Conference, currently set for January 9, 2012, at 10:30 a.m.

    Good cause exists for granting this Joint Motion to Reschedule the Settlement Conference.

JOINT MOTION TO RECHEDULE SETTLEMENT CONFERENCE
CASE NO. 1:11-CV-00902-LJO-JLT

1. The Parties are currently engaged in private settlement discussions.

2. The Parties have stipulated to place the case on hold (including placing a stay on any further discovery in the case) while settlement negotiations are pending.

3. Though the Settlement Conference is currently scheduled for January 9, 2012, the Parties anticipate that they will need another six weeks to attempt to settle the case privately and, to that effect, have agreed to internal timelines for the expedition of settlement talks.

4. Accordingly, counsel for the Parties jointly request that the Court reschedule the Settlement Conference to February 28, 2012, in the morning or to the morning of February 13, 27 or 29, whichever is best suited to the Court's schedule. Rescheduling the conference will not affect any other deadlines in this case.

Based upon the foregoing, the Parties hereby stipulate and move the Court for entry of an Order consistent herewith.

**IT IS SO STIPULATED:**

CURIALE HIRSCHFELD KRAEMER LLP

Dated: January 5, 2012   By:  /s/ Mani Sheik, Esquire
                              Mani Sheik

Attorneys for Thomas Petroleum, LLC,
Plaintiff and Cross-Defendant

CHARLTON WEEKS LLP

Dated: January 5, 2012   By:  /s/ Erik Gunderson, Esquire
                              Erik Gunderson

Attorneys for Kenneth Lloyd,
Defendant and Cross-Complainant, and E.S. Oil,
LLC, Defendant

## ORDER

Good cause having been shown, the Court **ORDERS**:

1. The Settlement Conference, currently scheduled on January 9, 2012, is **CONTINUED** to February 27, 2012 at 10:00 at 1200 Truxtun Ave. Suite 120, Bakersfield, CA;

2. In the event the matter is not in a settlement posture, no later February 20, 2012, counsel SHALL submit a joint statement notifying the Court of this fact.

IT IS SO ORDERED.

Dated:   **January 5, 2012**                              **/s/ Jennifer L. Thurston**
                                                                           UNITED STATES MAGISTRATE JUDGE