DONNA M. RUTTER (SBN 145704)
drutter@chklawyers.com
MANI SHEIK (SBN 245487)
msheik@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Plaintiff
THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30, inclusive,<br><br>          Defendant. | Case No.  1:11-CV-00902-LJO-JLT<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT CONFERENCE; ORDER** |
| KENNETH LLOYD,<br><br>          Cross-Complainant,<br><br>vs.<br><br>THOMAS PETROLEUM, LLC,<br><br>          Cross-Defendant. | |

Plaintiff and Cross-Defendant Thomas Petroleum, LLC hereby moves this Court for an order to vacate the settlement conference currently set for February 27, 2012, at 10:00 a.m.

Plaintiff's counsel informed counsel for Defendant and Cross-Complainant Kenneth Lloyd and Defendant E.S. Oil, LLC ("Defendants") of Plaintiff's intent to move to vacate the settlement conference, and Defendants' counsel stated that he did not oppose the motion.

1  (Declaration of Mani Sheik in Support of Motion to Vacate Settlement Conference, ¶ 4.)

2  Good cause exists for granting Plaintiff's Unopposed Motion to Vacate Settlement
3  Conference.

4  The parties were engaged in private settlement discussions from August 2011 to January
5  2012.  (*Id.* at ¶ 2.)  The parties had stipulated to place the case on hold during their settlement
6  talks, including placing a stay on all discovery.  (*Id.*)  On January 26, 2012, the parties ended their
7  settlement talks without reaching an agreement.  (*Id.* at ¶ 3.)  With the case returning to litigation,
8  the parties jointly agreed to lift the stay that had been in effect during their settlement talks.  (*Id.*)

9  At this time, Plaintiff believes that the case is not in a posture conducive to settlement and
10 that a settlement conference would not have a likelihood of success.  Accordingly, Plaintiff
11 respectfully requests that the Court vacate the settlement conference currently scheduled for
12 February 27, 2012, at 10 a.m.  Plaintiff will continue to evaluate the case and, if Plaintiff
13 determines that the case has reached a settlement posture and that a settlement conference is
14 likely to succeed, will request that the Court schedule a new conference at that time.

16 Dated: February 14, 2012                                    CURIALE HIRSCHFELD KRAEMER LLP

18                                                              By:  Mani Sheik, Esquire
19                                                                    Donna M. Rutter
                                                                      Mani Sheik
20                                                              Attorneys for Plaintiff
                                                                THOMAS PETROLEUM, LLC d/b/a EASTERN
21                                                              SIERRA OIL

2
PLAINTIFF'S UNOPPOSED MOTION TO VACATE SETTLEMENT
CONFERENCE;  CASE NO. 1:11-CV-00902-LJO-JLT

**ORDER**

Good cause appearing, this Court **VACATES** the settlement conference currently set on February 27, 2012.  If, in the future, counsel agree that the matter is in a settlement posture, they may file a joint request that the Court set a settlement conference.

IT IS SO ORDERED.

Dated:   **February 15, 2012**           /s/ Jennifer L. Thurston
                                        UNITED STATES MAGISTRATE JUDGE