DONNA M. RUTTER (SBN 145704)
drutter@chklawyers.com
MANI SHEIK (SBN 245487)
msheik@chklawyers.com
CURIALE HIRSCHFELD KRAEMER LLP
727 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 835-9000
Facsimile:  (415) 834-0443

Attorneys for Plaintiff and Cross-Defendant
THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>          Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30, inclusive,<br><br>          Defendant.<br><br>KENNETH LLOYD,<br><br>          Cross-Complainant,<br><br>vs.<br><br>THOMAS PETROLEUM, LLC,<br><br>          Cross-Defendant. | Case No.  1:11-CV-00902-LJO-JLT<br><br>**[PROPOSED] ORDER RE: PLAINTIFF'S REQUEST TO SEAL DOCUMENTS**<br><br>**FED. R. CIV. PROC. 5.2, 26; LOC. R. CT. 141**<br><br>**Date:**    August 21, 2012<br>**Time:**    8:30 a.m.<br>**Dept:**    4<br>**Judge:**   Hon. Lawrence J. O'Neill<br><br>**Complaint Filed:**  June 2, 2011<br>**Trial Date:**         December 4, 2012 |

Having read and considered Plaintiff Thomas Petroleum, LLC's ("Thomas Petroleum") Request to Seal Documents, in which Defendants Kenneth Lloyd and E.S. Oil, LLC join, and for

1

[PROP.] ORDER RE:  PLTF'S REQUEST TO SEAL DOCUMENTS
CASE NO. 1:11-CV-00902-LJO-JLT

good cause showing, IT IS HEREBY ORDERED that the following documents, attached as exhibits to the specified declarations and filed as exhibits to such declarations in support of Thomas Petroleum's Motion for Summary Adjudication, are to be filed under seal in connection with that filing:

1. **Three Exhibits To Declaration of Mani Sheik** in Support of Thomas Petroleum's Motion for Summary Adjudication:

- **Exhibit A**: The following exhibits to the deposition of Kenneth Lloyd:
    - Communications containing an environmental impact assessment for a proposed project, bates-stamped TP 000120-000140, produced pursuant to the Protective Order and designated "confidential."
    - One of the two contracts that Defendants entered into with a third-party, bates-stamped ESOIL 000218-01 to 000233-01, produced pursuant to the Protective Order and designated "confidential."
    - The other contract that Defendants entered into with a third-party, bates-stamped ESOIL 001756-001784, produced pursuant to the Protective Order and designated "confidential – for counsel only."

- **Exhibit C**: The following exhibits to the deposition of John Saxon
    - A thirteen-page lease, bates numbered TP000175-TP000187, produced pursuant to the Protective Order and designated "confidential."
    - Thomas Petroleum's current, thirteen-page lease, bates numbered TP000162-TP000174, produced pursuant to the Protective Order and designated "confidential-for counsel only."

- **Exhibit J**: Financial documents, bates labeled TP 001034-001052, 001055-001057, 001060-001088, that Lloyd took with him when he left his employment with Thomas Petroleum on May 4, 2011, and returned in mid-April 2012, produced pursuant to the Protective Order and designated them "confidential-for counsel only."

2

2. **Two Exhibits To Declaration of Rebecca Scripps** in Support of Thomas Petroleum's Motion for Summary Adjudication:

- **Exhibit A:** A thirteen-page lease, bates numbered TP000175-TP000187, produced pursuant to the Protective Order and designated "confidential."
- **Exhibit J:** Thomas Petroleum's current, thirteen-page lease, bates numbered TP000162-TP000174, produced pursuant to the Protective Order and designated "confidential-for counsel only."

3. **One Exhibit To Declaration of Stephen Moore** in Support of Thomas Petroleum's Motion for Summary Adjudication:

- **Exhibit C**:  Thomas Petroleum's employee handbook, Bates-stamped TP 000204-000219, produced pursuant to the Protective Order and designated "confidential."

IT IS SO ORDERED.


**Dated:   July 19, 2012**                                  **/s/ Lawrence J. O'Neill**
                                                          UNITED STATES DISTRICT JUDGE