Erik Gunderson Bar No. 171982
CHARLTON WEEKS LLP
1031 West Avenue M-14, Suite A
Palmdale, CA 93551
Phone: (661) 265-0969
Erik@CharltonWeeks.com

Attorneys for Defendants Kenneth
Lloyd and E.S. Oil, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>     Plaintiff,<br><br>     v.<br><br>KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30, Defendants<br><br>     Defendants. | CASE NO. 1:11-CV-00902-LJO-JLT<br><br>ORDER RE: DEFENDANTS' REQUEST TO SEAL DOCUMENTS<br><br>FRCP 5.2, 26; EDCA LOCAL RULE 141<br><br>Date: August 21, 2012<br>Time: 8:30 a.m.<br>Department 4<br>Hon. Lawrence J. O'Neill<br><br>Case filed: June 2, 2011<br>Trial: December 4, 2012 |

     Having read and considered Defendant Kenneth Lloyd and E.S. Oil, LLC's request to Seal documents, in which Plaintiff Thomas Petroleum, LLC joins, and good cause appearing therefor, IT IS HEREBY ORDERED that the following documents, attached as exhibits to the Declaration of Erik Gunderson in Opposition to Plaintiff's Motion for Summary Adjudication, are to be filed under seal in connection with that filing:

CHARLTON WEEKS LLP
1031 West Avenue M-14, Suite A
Palmdale, CA 93551

1

ORDER SEALING DOCUMENTS

Exhibit M: Exhibit 63 to the deposition of Kenneth Lloyd, produced pursuant to the Protective Order and designated "confidential," containing communications regarding the plaintiff's consideration of the use of a fictitious business name.

Exhibit O: Pages 142, 148-151, 159-166, 168-169, and 175-179 of the deposition of John Saxon, designated "confidential-counsel only" pursuant to the protective order and addressing the plaintiff's assessment of marketplace competition, its business practices and perceptions of its own business advantages, pricing practices, and its negotiations with third parties.

IT IS SO ORDERED.

Dated:   **August 8, 2012**                     **/s/ Lawrence J. O'Neill**
UNITED STATES DISTRICT JUDGE

CHARLTON WEEKS LLP
1031 West Avenue M-14, Suite A
Palmdale, CA 93551

2
ORDER SEALING DOCUMENTS