UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>    Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30,<br><br>    Defendants.<br><br>KENNETH LLOYD,<br><br>    Cross-Complainant,<br><br>vs.<br><br>THOMAS PETROLEUM, LLC,<br>Cross-Defendant. | Case No.  1:11-CV-00902-LJO-JLT<br><br>**ORDER RE: STIPULATION OF DISMISSAL OF COUNTERCLAIMS**<br><br>Complaint Filed:   June 2, 2011<br><br>Trial Date:   December 4, 2012 |

ORDER RE: STIPULATION OF DISMISSAL OF COUNTERCLAIMS
CASE NO. 1:11-CV-00902-LJO-JLT

Having read and considered Cross-Complainant Kenneth Lloyd's ("Lloyd") and Cross-Defendant Thomas Petroleum, LLC's Stipulation to Dismissal of Counterclaims (Docket No. 50), and good cause appearing, IT IS HEREBY ORDERED that Lloyd's counterclaims (Docket No. 7-1) are hereby dismissed with prejudice in their entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).

**IT IS SO ORDERED.**

Dated: August 23, 2012                                              /s/ Lawrence J. O'Neill

The Honorable Lawrence J. O'Neill
United States District Court
Eastern District of California