**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,**<br><br>**Plaintiff,**<br><br>v.<br><br>**KENNETH LLOYD, an individual, and E.S. OIL, LLC, a California limited liability company,**<br><br>**Defendants.** | **1:11-CV-000902-LJO-JLT**<br><br>**ORDER RE JOIN STATEMENT OF SETTLEMENT IN PRINCIPLE (DOC. 92)** |

    The Parties have indicated that this case is now in a settlement posture and seek to continue both a February 4, 2013 deadline for submission of revised proposed verdict forms and jury instructions as well as the February 20, 2013 trial date. As a precondition to any such continuance, the Court requested that the Parties file a statement of "Settlement in Principle," outlining the general terms of the likely settlement. The Parties have now filed a "Joint Statement of Settlement in Principle," Doc. 92, that contains no information whatsoever about the nature of the proposed settlement. Instead, it indicates that "[t]he exact terms of the settlement remain to be negotiated and the parties contemplate that most, if not all, of the terms of the ultimate settlement to be reached will be confidential." This is unacceptable. The Parties must provide the court with at least an outline of the manner by which they

plan to resolve their differences. If confidentiality is a concern, the Court is amenable to having any such document filed under seal.

Any revised Joint Statement of Settlement in Principle shall be filed on or before 12:00 noon on Monday, January 28, 2013.

IT IS SO ORDERED.

Dated:   **January 23, 2013**                    /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE