Donna M. Rutter, No. 145704

Mani Sheik, No. 245487
**MILLER LAW GROUP**
111 Sutter Street, Suite 700
San Francisco CA 94104
Telephone: (415) 262-8353
Facsimile: (415) 464-4336

James D. Emerson, No. 042031
**EMERSON, COREY, SORENSEN, CHURCH & LIBKE**
2520 West Shaw Lane, Suite 102
Fresno, CA 93711
Telephone: (559) 432-7641
Facsimile: (559) 432-7639

Attorneys for Plaintiff, THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL

Erik Gunderson Bar No. 171982
**CHARLTON WEEKS LLP**
1031 West Avenue M-14, Suite A
Palmdale, CA 93551
Phone: (661) 265-0969

Attorneys for Defendants Kenneth Lloyd and E.S. Oil, LLC

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL, <br><br>  Plaintiff, <br><br> vs. <br><br> KENNETH LLOYD, an individual, E.S. OIL, LLC, a California limited liability company, and DOES 1-30, <br><br>  Defendants. | Case No. 1:11-CV-00902-LJO-JLT <br><br> **ORDER ON STIPULATION TO CONTINUE TRIAL DATE AND MODIFY SCHEDULING ORDERS** <br><br><br><br><br><br> TRIAL DATE: February 20, 2013 <br> COMPLAINT FILED:  June 2, 2011 |
|---|---|

The Court, having considered the party's Stipulation that the dates in the Scheduling Order dated September 9, 2011 and Orders modifying the Scheduling Order, Orders as follows:

1.	That the present trial date of February 20, 2013 be vacated and the court reset the matter for trial on June 4, 2013.

2. That the revised proposed verdict form and jury instructions presently due on February 4, 2013, are now due on May 20, 2013.

3. The parties are ordered to provide the Court with periodic status reports on settlement progress. The first report will be provided 30 days from the date of this Order and continuing every 30 days thereafter.

**SO ORDERED**
**Dated: January 28, 2013**

                               **/s/ Lawrence J. O'Neill**
                               **United States District Judge**