IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, and E.S. OIL, LLC, a California limited liability company,<br><br>　　　　　　Defendants. | 1:11 CV-11-0902-SEH-JLT<br><br>ORDER |

The Court held a status conference with counsel for the parties on March 14, 2013. Plaintiff was represented by Mani Sheik, Esq. Defendant was represented by Erik Gunderson, Esq. The Court, having been informed that the case is settled in principle,

ORDERED:

On or before March 29, 2013, the parties shall file a stipulation confirming the settlement and providing notice of a date certain upon which, or before, a final stipulation for dismissal of the case will be filed.

DATED this 14th day of March, 2013.

_____
SAM E. HADDON
United States District Judge