IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a EASTERN SIERRA OIL,<br><br>             Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual, and E.S. OIL, LLC, a California limited liability company,<br><br>             Defendants. | 1:11 CV-11-0902-SEH-JLT<br><br>ORDER |

The parties having filed a Stipulation Confirming Settlement,

ORDERED:

1. All pending motions are DENIED as MOOT.

2. All deadlines and the trial set for June 4, 2013, are VACATED.

3. The parties shall file a stipulation for dismissal and proposed order of dismissal on or before June 4, 2013.

DATED this 5th day of April, 2013.

SAM E. HADDON
United States District Judge