# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS PETROLEUM, LLC d/b/a<br>EASTERN SIERRA OIL,<br><br>　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>KENNETH LLOYD, an individual,<br>and E.S. OIL, LLC, a California<br>limited liability company,<br><br>　　　　　　　　　　Defendants. | 1:11 CV-11-0902-SEH-JLT<br><br>ORDER |

Upon filing of Plaintiff Thomas Petroleum, LLC's Notice of Dismissal With Prejudice and good cause appearing,

ORDERED:

The case is DISMISSED WITH PREJUDICE, each party to bear its and his own costs.

DATED this 6th day of June, 2013.

/s/ Sam E. Haddon
SAM E. HADDON
United States District Judge